## ATTACHMENT A

### I. Premises to be Searched—Subject Premises

The premises to be searched (the "Subject Premises") is 700 Riverside Avenue Apartment H, Burlington, Vermont. 700 Riverside Avenue, Burlington, Vermont is a two-story red building with red siding and multiple apartment units. The Subject Premises is an apartment within the building having an entry on the 1st floor of the building and labeled "700-H" on an address marker above the entry door. The Subject Premises is shown in the following image taken on or about September 7, 2022:



1