AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Vermont

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2022 SEP 22  PM 3:58
CLERK
BY_____
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br>Deyquan Martin, also known as "nut"<br><br>_____<br>*Defendant(s)* | Case No.  2:22-MJ-117 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  between May 9 and September 22, 2022  in the county of  Chittenden  in the
_____ District of  Vermont , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Knowingly received a visual depiction of a minor engaged in sexually explicit conduct, which was shipped, or transported in interstate or foreign commerce, by any means, including by computer, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct; |
| 18 U.SC. § 2252(a)(4)(B) | Knowingly possessed a visual depiction of a minor engaged in sexually explicit conduct, which was shipped, or transported in interstate or foreign commerce, by any means, including by computer, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Attested to by reliable electronic means
*Complainant's signature*

Joshua Otey, Special Agent, HSI
*Printed name and title*

Sworn to by the applicant via reliable electronic means under Federal Rule of Criminal Procedure 4.1(b)(2)(A), specifically, a video call.

Date: September 22, 2022

*Judge's signature*

City and state:  Burlington, Vermont   Hon. Kevin J. Doyle, U.S. Magistrate Judge
*Printed name and title*