U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 OCT 13 PM 4:00

CLERK

BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA )
)
v. ) Crim. No. 2:22-cr-114-1
)
DEYQUAN MARTIN, a.k.a. "nut," )
Defendant. )

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or about and between May 9, 2022 and June 5, 2022, in the District of Vermont and elsewhere, the defendant, DEYQUAN MARTIN, also known as "nut," using any facility and means of interstate and foreign commerce, did knowingly persuade, induce, entice, and coerce an individual, D.W., who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, namely, the production of child pornography, which was a criminal offense under 18 U.S.C. §§ 2251(a), 2251(e).

(18 U.S.C. §§ 2422(b), 2427)

## COUNT TWO

On or about May 30, 2022, in the District of Vermont and elsewhere, the defendant, DEYQUAN MARTIN, also known as "nut," knowingly received a visual depiction of a minor engaging in sexually explicit conduct, to wit: an image file located in the directory "harvard dropout," named "IMG_3315.jpg," using a means and facility of interstate and foreign commerce, where the producing of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

(18 U.S.C. §§ 2252(a)(2), 2252(b)(1))

COUNT THREE

On or about September 22, 2022, in the District of Vermont, the defendant, DEYQUAN MARTIN, also known as "nut," knowingly possessed at least one matter which contained any visual depiction that was produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce, including by computer, the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct.

(18 U.S.C. §§ 2252(a)(4)(B), 2252(b)(2))

A TRUE BILL



FOREPERSON

NIKOLAS P. KEREST (ACG)
United States Attorney
Burlington, Vermont
October 13, 2022