AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Vermont

2022 OCT 21 PM 12:43

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

CLERK
BY ___AL___
DEPUTY CLERK

| In the Matter of the Search of | ) |
|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) Case No. ~~2:22-MJ-117~~ |
| INFORMATION ASSOCIATED WITH DISCORD, INC. ACCOUNT USERNAME "nut#7363" THAT IS STORED AT PREMISES CONTROLLED BY DISCORD, INC. | ) 2:22-cr-114 |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the   Northern   District of   California and elsewhere
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated herein.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein.

**YOU ARE COMMANDED** to execute this warrant on or before   September 30, 2022   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Hon. Kevin J. Doyle, U.S. Magistrate Judge   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   September 16, 2022
                         12:41 p.m.
                                                                *Kevin J. Doyle*
                                                                *Judge's signature*

City and state:   Burlington, Vermont                  Hon. Kevin J. Doyle, U.S. Magistrate Judge
                                                        *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 2:22-cr-114 <br> ~~2:22-mj-117~~ | Date and time warrant executed: <br> 09/16/2022 approx. 1400hrs | Copy of warrant and inventory left with: <br> Discord |
|---|---|---|

Inventory made in the presence of:
N/A

Inventory of the property taken and name of any person(s) seized:

09/21/2022
Discord provided digital files of account pursuant to said warrant.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/11/22

*Executing officer's signature*

Joshua Otey  HSI SA
*Printed name and title*