## ATTACHMENT A

### Property to Be Searched

This warrant applies to Discord, Inc. account information associated with username "nut#7363" that is stored at premises controlled by Discord, Inc. a company that accepts service of legal process at 444 De Haro St, Suite 200, San Francisco, CA 94107.