## ATTACHMENT B

### Particular Things to be Seized

**I.     Information to be disclosed by Discord, Inc. (the "Provider")**

To the extent that the information described in Attachment A that is within the possession, custody, or control of the Provider, including any messages, records, files, logs, or information that have been deleted but are still available to the Provider. The Provider is required to disclose the following information to the government for each user ID listed in Attachment A:

(a)     All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, Discord passwords, Discord security questions and answers, alternate Discord accounts, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

(b)     The contents of all messages associated with the account, including stored or preserved copies of messages sent to and from the account, draft messages, the source and destination addresses associated with each message, the date and time at which each message was sent, and the size and length of each message;

(c)     All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have been sent to this user ID;

(d) The types of service utilized to include alternative Discord, Inc. communication methods or platforms;

(e) All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

(f) All records pertaining to communications between the Provider and any person regarding the account, including contacts with support services and records of actions taken;

(g) All past and present communication lists of other Discord, Inc. users communicating with this account;

(h) The types of service utilized by the user;

(i) The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(j) All records pertaining to communications between this Discord account and any person regarding the user or the user's Discord account, including contacts with support services and records of actions taken.

## II. Information to be seized by the government

All information described above in Section I that constitutes fruits, contraband, evidence and instrumentalities of violations of 18 U.S.C. §§ 2252(a)(4)(B) and 2252A(a)(5)(B); and/or 18 U.S.C. §§ 2252(a)(2) and 2252A(a)(2), involving the Discord, Inc. account associated with username "nut#7363" since May 2021, including information pertaining to the following matters:

    (a) Any images or videos depicting children engaging in sexually explicit conduct or any sexually suggestive images or videos depicting children (i.e. child erotica);

    (b) Any information relating to who created, used, or communicated with the account, including records about their identities and whereabouts;

    (c) Any communications or correspondence containing information about trading, sending, receiving, or possessing child pornography images or videos with other Discord account users;

    (d) Any communication or correspondence containing attached videos or images of child pornography or child erotica;

    (e) Any communication or correspondence pertaining to locations, internet sites, and addresses including passwords on how to access child pornography.

**III.**     **Disclosure by provider - By Order of the Court**

Discord Inc. shall disclose responsive data, if any, by sending to DHS/HSI, Attn: SA Joshua Otey, 70 Kimball Avenue, South Burlington, Vermont (05403), using the US Postal Service or another courier service or electronic means notwithstanding 18 USC 2252A or similar statute or code.