UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v. )<br>)<br>)<br>DEYQUAN MARTIN, a.k.a. "nut," ) | Criminal No. 22-CR-114 |

JOINT MOTION FOR PROTECTIVE ORDER

In order to facilitate the production of discovery containing non-public information of a potentially sensitive nature, the United States and defendant Deyquan Martin hereby jointly move for entry of the Stipulated Protective Order, filed concurrently herewith.

Dated at Burlington, in the District of Vermont, this 21st day of February, 2023.

Respectfully submitted,

UNITED STATES OF AMERICA

NIKOLAS P. KEREST
United States Attorney

*/s/ Andrew C. Gilman*
Andrew C. Gilman
Assistant U.S. Attorney
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725
Andrew.Gilman2@usdoj.gov


DEYQUAN MARTIN

*/s/ Steven L. Barth*
Steven L. Barth, AFPD
Office of the Federal Public Defender
District of Vermont
95 Pine Street, Suite 150
(802) 862-6990
Steven_Barth@fd.org