NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                                Case No. 2:22-cr-114-1

Deyquan Martin

TAKE NOTICE that the above-entitled case has been scheduled at 09:30 a.m. on Monday, December 04, 2023 in Burlington, Vermont, before Honorable William K. Sessions III, District Judge, for a Sentencing.

Location: Courtroom 110                                  JEFFREY S. EATON, Clerk
                                                                     By: */s/ Lisa Wright*
                                                                       Deputy Clerk
                                                                       7/31/2023

TO:

Andrew C. Gilman, AUSA

Steven L. Barth, AFPD

Court Reporter