UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                )<br>)<br>DEYQUAN MARTIN,                  )<br>          Defendant.             ) | Case No. 2:22-cr-00114 |

## JOINT MOTION TO CONTINUE SENTENCING

The United States of America, by and through its attorney, Nikolas P. Kerest, United States Attorney for the District of Vermont, and Defendant Deyquan Martin, by and through his attorney, Assistant Federal Public Defender Steven L. Barth, hereby jointly move to continue the sentencing hearing scheduled in this matter.

The parties jointly move to continue the sentencing hearing to allow for more time for the presentence investigation report to be completed; for objections, if any, to be lodged and resolved; and for sentencing submissions to be filed thereafter.

Accordingly, the parties jointly request that the sentencing hearing be continued at least until the week of January 29, 2024.  The defendant is not in custody and joins this request. This is the first such request to continue sentencing in this matter.

Dated at Burlington, in the District of Vermont, this 1st day of December, 2023.

        Respectfully submitted,

        UNITED STATES OF AMERICA

        NIKOLAS P. KEREST
        United States Attorney

By:    */s/ Andrew C. Gilman*
        Andrew C. Gilman
        Assistant U.S. Attorney
        P.O. Box 570
        Burlington VT 05402-0570
        (802) 951-6725
        Andrew.Gilman2@usdoj.gov