UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:22-cr-00114 |
| | ) | |
| DEYQUAN MARTIN, | ) | |
|     Defendant. | ) | |

**ORDER**

This matter having been presented to the Court jointly by the United States and the Defendant Deyquan Martin, and the Court having considered the motion, the Court grants the requested continuance and schedules sentencing for Monday, January 29, 2024 at 9:30 a.m.

Accordingly, it is hereby ORDERED that the Motion to Continue Sentencing is granted.

Dated at Burlington, in the District of Vermont, this 4th day of December 2023.

*William K. Sessions III*
_____
Hon. William K. Sessions III
United States District Judge