REVISED NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

      v.                                    Case No. 2:22-cr-114-1

Deyquan Martin

TAKE NOTICE that the above-entitled case has been rescheduled at 09:30 a.m. on Monday, January 29, 2024 in Burlington, Vermont, before Honorable William K. Sessions III, District Judge, for a Sentencing.

Location: Courtroom 110                          JEFFREY S. EATON, Clerk

*RESCHEDULED FROM*   12/4/2023 at 9:30 a.m.      By: */s/ Lisa Wright*

                                                                     Deputy Clerk
                                                                     12/4/2023

TO:

Andrew C. Gilman, AUSA

Steven L. Barth, AFPD

Court Reporter