UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Docket No. 2:22-cr-114 |
| DEYQUAN MARTIN,<br>Defendant. | |

## MOTION TO SEAL EXHIBIT TO NOTICE OF FILING VICTIM IMPACT STATEMENT

The United States of America, by and through Nikolas P. Kerest, United States Attorney for the District of Vermont, hereby moves the Court to seal the exhibit to the Government's Notice of Filing Victim Impact Statement. The victim impact statement contains personal information about Minor Victim #1 (MV1), as identified in the Presentence Investigation Report (PSR). Pursuant to 18 U.S.C. § 3509(d)(2), child victims have a right to have their "name . . . or any other information concerning" them to be protected from public disclosure.

WHEREFORE, the United States respectfully requests that the Court grant this motion to seal the exhibit to the Government's Notice of Filing Victim Impact Statement.

Dated at Burlington, Vermont, this 18th day of January, 2024.

Respectfully submitted,

NIKOLAS P. KEREST
United States Attorney

By: Andrew C. Gilman
Assistant U.S. Attorney
P.O. Box 570
Burlington, VT 05402
(802) 951-6725
Andrew.Gilman2@usdoj.gov