UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Docket No. 2:22-cr-114 |
| DEYQUAN MARTIN,<br>Defendant. | |

### ORDER SEALING EXHIBIT TO GOVERNMENT'S NOTICE OF FILING VICTIM IMPACT STATEMENT

This matter having been presented to the Court by the United States of America, and the Court having considered said motion, it is hereby

ORDERED that the exhibit to the Government's Notice of Filing Victim Impact Statement is hereby sealed.

Dated at Burlington, in the District of Vermont, this _____ day of January, 2024.

_____
HON. WILLIAM K. SESSIONS III
UNITED STATES DISTRICT JUDGE