SECOND REVISED NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

      v.                                    Case No. 2:22-cr-114-1

Deyquan Martin

TAKE NOTICE that the above-entitled case has been rescheduled at 09:30 a.m. on Monday, February 05, 2024 in Burlington, Vermont, before Honorable William K. Sessions III, District Judge, for a Sentencing.

Location: Courtroom 110                            JEFFREY S. EATON, Clerk
*RESCHEDULED FROM 1/29/24 at 9:30 a.m.*         By: */s/ Lisa Wright*
                                                                            Deputy Clerk
                                                                             1/22/2024

TO:

Andrew C. Gilman, AUSA

Steven L. Barth, AFPD

Court Reporter